The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1. *Cenk Sidar*
   *v. Jane Doe*
   Record No. 0837-23-4
   Opinion rendered by Senior Judge Haley on
   April 16, 2024

2. *Michael R. Agnew, et al.*
   *v. United Leasing Corporation*
   Record No. 1724-22-2
   Opinion rendered by Judge Malveaux on
   April 30, 2024

3. *Michael Jason Drexel*
   *v. Commonwealth of Virginia*
   Record No. 1805-22-4
   Opinion rendered by Chief Judge Decker on
   May 7, 2024

4. *Hunter Lee, III*
   *v. Commonwealth of Virginia*
   Record No. 0053-23-2
   Opinion rendered by Judge Beales on
   May 7, 2024

5. *Brian Edward Sheets*
   *v. Commonwealth of Virginia*
   Record No. 0081-23-3
   Opinion rendered by Judge Beales on
   May 7, 2024

6. *Richard Rebh, et al.*
   *v. The County Board of Arlington County, Virginia*
   Record No. 0240-23-4
   Opinion rendered by Judge Callins on
   May 7, 2024

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1. *Travis Alexander Bland Henderson, s/k/a Travis Alexander Bland-Henderson*
   *v. Commonwealth of Virginia*
   Record No. 1359-21-2
    Opinion rendered by Judge Raphael
      on April 11, 2023
   Judgment of Court of Appeals affirmed by opinion rendered on June 20, 2024
    (230327)

2. *Bryan Temple Smith*
   *v. Commonwealth of Virginia*
   Record No. 0169-22-2
    Opinion rendered by Judge Raphael
      on September 5, 2023
    Refused (230707)

3. *Ronald Dean Northcraft*
   *v. Commonwealth of Virginia*
   Record No. 1067-21-2
    Opinion rendered by Judge Malveaux
      on September 26, 2023
    Refused (230768)

4. *Jamal Kevin Bailey*
   *v. Commonwealth of Virginia*
   Record No. 0676-22-2
    Opinion rendered by Judge Beales
      on October 10, 2023
    Refused (230773)

5. *Kishna Shirese Minor, et al.*
   *v. Anne M. Heishman, etc.*
   Record No. 0980-22-4
    Opinion rendered by Judge Fulton
      on October 10, 2023
    Refused (230811)

6. *Thomas Edward Clark*
   *v. Commonwealth of Virginia*
   Record No. 0620-22-2
    Opinion rendered by Senior Judge Petty
      on October 17, 2023
    Refused (230890)

7. *Anthony Tremaine Stewart*
   *v. Commonwealth of Virginia*
   Record No. 1363-22-3
   Opinion rendered by Judge Callins
     on November 8, 2023
   Refused (230860)

8. *Donald Calway*
   *v. City of Chesapeake*
   Record No. 1692-22-1
   Opinion rendered by Judge Ortiz
     on November 28, 2023
   Refused (230940)

9. *Mary Pat Martin*
   *v. Ryan S. LaFountain, Commissioner of Revenue for the City of Roanoke*
   Record No. 0971-22-3
   Opinion rendered by Judge Causey
     on December 12, 2023
   Refused (240019)

The Supreme Court issued opinions in the following cases, which had been appealed from this Court:

1. *Rita M. Leach-Lewis, Trustee of the Rita M. Leach-Lewis Trust 18MAR13*
   *v. Board of Supervisors of Fairfax County, Virginia*
   Record No. 0815-22-4
   Opinion rendered by Judge Lorish on June 13, 2023
   Judgment of Court of Appeals reversed and final judgment entered for appellee by
   opinion rendered on June 20, 2024
   (2130491)

2. *Michael Powell*
   *v. Melanie Knoepfler-Powell*
   Record No. 0853-22-4
   Opinion rendered by Judge Fulton on May 16, 2023
   Judgment of Court of Appeals affirmed in part, reversed in part, and remanded by
   opinion rendered on June 27, 2024
   (230410)